Silvana RIGGIO, M.D., Appellant,

v.

Rosalie BURNS, M.D., Lawrence Brown, M.D., and Medical College of Pennsylvania, Appellees.

Supreme Court of Pennsylvania.

Argued Oct. 19, 1999.

Decided Nov. 8, 1999.

James E. Beasley, James J. McHugh, Jr., David A. Yanoff, Philadelphia, for Silvana Riggio, M.D.

Mary E. Kohart, Julianne L. Peck, Philadelphia, for Rosalie Burns, M.D., Lawrence Brown, M.D. and Medical College of Pennsylvania.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### O R D E R

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Beatrice KATZ, Appellant,

v.

John J. LAMB and Mesirov Gelman Jaffe Cramer & Jamieson, Appellees.

Supreme Court of Pennsylvania.

Argued Oct. 19, 1999.

Decided Nov. 8, 1999.

Jonathan Wheeler, Philadelphia, for Beatrice Katz.

Anthony Creato, Philadelphia, for John J. Lamb and Mesirov Gelman Jaffe Cramer & Jamieson.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### O R D E R

PER CURIAM:

Appeal dismissed as having been improvidently granted.